Harvey Albert BLOW

v.

UNITED STATES of America.

No. 7363.

United States Court of Appeals
Tenth Circuit.

June 24, 1963.

Stanley J. Walter, Lakewood, Colo., for appellant.

John Quinn, U. S. Atty., Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Dismissed June 24, 1963, on the ground that the notice of appeal was not timely filed.

Carlos COFFMAN

v.

UNITED STATES of America.

No. 7290.

United States Court of Appeals
Tenth Circuit.

May 16, 1963.

Clyde E. Thompson, Denver, Colo., for appellant.

Robert M. Green, Asst. U. S. Atty., Wichita, Kan., for appellee.

Before MURRAH, Chief Judge, LEWIS, Circuit Judge, and DOYLE, District Judge.

PER CURIAM.

Affirmed May 16, 1963, without written opinion, on the ground that all matters presented in this collateral attack were decided on the direct appeal reported in 290 F.2d 212.

Ruth W. COOPER

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 7349.

United States Court of Appeals
Tenth Circuit.

May 16, 1963.

No one for petitioner.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, and Morton K. Rothschild, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition to review docketed and dismissed May 16, 1963, on motion of respondent, on the ground that the petition for review was untimely filed.

H. B. DICKENSHEETS et al.

v.

UNITED STATES FIRE INSURANCE COMPANY.

No. 7310.

United States Court of Appeals
Tenth Circuit.

May 3, 1963.

Robert Martin and Laverne Morin, Wichita, Kan., and C. E. Russell, Wellington, Kan., for appellants.

Alvin D. Herrington, Wichita, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed May 3, 1963, pursuant to stipulation of the parties.